# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2667
LT Case No. 2023-301233-CFDB

_____

HARESH BARLOW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Valerie Linnen, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

March 10, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____